HENRY H. LAWRENCE, APPELLANT, *v.* ISAAC R. MEAD, RESPONDENT.

*Eviction.*

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

Plaintiff agreed to buy of one Ira Miller a farm of land in Westchester county, and paid thereon $2,000 in October, 1872. In April following, the time for the completion of the contract was extended until the 1st of May, 1873, and the plaintiff took possession and leased to one Beattys for one year, defendant becoming Beattys' security on the lease.

On the 1st of May, 1873, plaintiff made an inexcusable default in the completion of the contract, and Miller sold the land to other persons. Miller, acting under these purchasers, in August, 1873, went to the premises and forcibly removed Beattys therefrom into the highway; and Beattys, after the eviction, took a lease from the men who undisputably owned the fee, and from the persons whom Lawrence claimed under. The referee found that the eviction was made in good faith, and that Beattys acted in good faith.

The General Term *held*, that it was not necessary, to make the eviction complete, that the evictor should carry the tenant beyond the highway, although the highway was owned by persons who owned the farm. That all people had the right to pass and repass and to be thereon, and it would be a trespass to have carried the tenant beyond the limits of the highway.

*J. T. Marien*, for appellant. *C. Frost*, for respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.